08-18-00063-CR

# County Of Andrews
## State Of Texas

Sherry Dushane
District Clerk
109th Judicial District Court

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
5/18/2018 3:38:05 PM
DENISE PACHECO

201 N. Main Room 102
432-524-1417
Andrews, Tx 79714

**Appellant #-08-18-0062-CR**
**Case # 4716**

**The State of Texas VS Armando Madrid**

**To whom it may Concern,**

**The Attorney Artie Aguilar whom was appointed to substitute in for Attorney Parker W. Johnson has still not filed his Designation Of Records in the above case number.   The appeal is due today May 18,2018.  We have not been contacted by him as to when He may plan on filing this document.**

**Sincerely,**

Kenime Conaleyford - Dep.